IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATRELLA R. REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-0072-MJR-DJW |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |

### ORDER

**REAGAN, District Judge:**

The Court **DENIES** Reynolds' motion for default judgment (Doc. 22). Reynolds is not entitled to a default judgment because the party against which she seeks a default judgment has not been defaulted yet. *See* Fed. R. Civ. P. 55(a). Even if she had sought for entry of default against Bank of America, it would be denied because the time for filing an answer has not yet elapsed. *See* R. 12(a)(4) (noting that "serving a motion under this rule" changes the time to file an answer to 14 days after the disposition of the motion).

IT IS SO ORDERED.

DATED June 9, 2010.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge